IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| AMANDA KING, individually and on behalf of similarly situated persons, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.: 3:19-cv-00260-PLR-DCP<br>) |
| AMERICAN HUTS, INC. d/b/a PIZZA HUT, | )<br>) |
| Defendant. | ) |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF THE CASE WITH PREJUDICE

The Parties, through undersigned counsel, jointly move this Court to approve the settlement reached by the Parties of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA") unpaid wage claims in this case and to dismiss the entire above-captioned matter with prejudice, and in support thereof state as follows:

1. On July 11, 2019, Plaintiff commenced the above-styled lawsuit. Plaintiff alleges in part that Defendant willfully failed to comply with the minimum wage and overtime requirements under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA").

2. Plaintiff, who was employed to deliver food to Defendant's customers via automobile, alleges that Defendant did not reimburse her for her mileage at a rate sufficient to cover the automobile expenses she incurred while performing her job duties. Plaintiff further alleges that such expenses were incurred for the benefit of Defendant and that the insufficient reimbursement had the effect of reducing her hourly wages below the minimum wage.

1

3. Defendant denies the allegations and asserts both that it properly reimbursed Plaintiff for her work expenses and that it paid Plaintiff in excess of the minimum wage provided by the FLSA.

4. The Parties have exchanged information informally, including but not limited to, pay and time records, as well as calculations of the number of hours and estimates of the number of miles Plaintiff drove while delivering food to Defendant's customers. The Parties have engaged in substantial discussions and written exchanges in order to fully understand the arguments of each side and to work toward a resolution.

5. The Parties reached a settlement as more fully outlined in the Settlement Agreement and General Release attached as Exhibit 1.

6. The Parties now seek approval from the Court of the settlement agreement for Plaintiff's wage claims and dismissal of Plaintiff's claims with prejudice.

7. As described more fully in their memorandum of law in support of this Motion, the Parties agree this is a fair and reasonable settlement of a bona fide dispute.

8. The Parties respectfully suggest good cause has been shown as they seek approval of this settlement and dismissal of this case with prejudice.

DATED this 4th day of February, 2020.

Respectfully submitted,

| | |
|---|---|
| /s/ *Joe P. Leniski, Jr.* | /s/ *Jay A. Ebelhar* |
| Joe P. Leniski, Jr. (TN BPR#022891) | Craig A. Cowart (TN BPR # 017316) |
| J. Gerard Stranch, IV (TN BPR#023045) | Jay A. Ebelhar (TN BPR # 022770) |
| **BRANSTETTER, STRANCH & JENNINGS, PLLC** | JACKSON LEWIS P.C. |
| 223 Rosa Parks Ave. Suite 200 | 999 Shady Grove Road, Suite 110 |
| Nashville, TN 37203 | Memphis, TN 38120 |
| Telephone: 615/254-8801 | Telephone: (901) 462-2600 |
| Facsimile: 615/255-5419 | Facsimile: (901) 462-2626 |
| Email: gerards@bsjfirm.com | Email: craig.cowart@jacksonlewis.com |
| joeyl@bsjfirm.com | jay.ebelhar@jacksonlewis.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

### CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2020, a true and correct copy of the foregoing document was filed with the Clerk of Court via the Court's CM/ECF system which will automatically send electronic notification of such filing to the following individual(s) of record:

> Joe P. Leniski, Jr.
> J. Gerard Stranch, IV
> BRANSTATTER, STRANCH &
>  JENNINGS, PLLC
> 223 Rosa Parks Ave., Suite 200
> Nashville, TN 37203
> Email: gerads@bsjfirm.com
>    joeyl@bsjfirm.com
>
> *ATTORNEYS FOR PLAINTIFF*

/s/ *Jay A. Ebelhar*

4834-0355-6272, v. 3