**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **AMANDA KING, individually and on behalf** | ) | |
| **of similarly situated persons,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 3:19-cv-00260-PLR-DCP** |
| | ) | |
| **AMERICAN HUTS, INC,** | ) | |
| *d/b/a PIZZA HUT*, | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF THE CASE WITH PREJUDICE

The Court, having reviewed the Parties' Joint Motion for Approval of Settlement and Dismissal of the Case with Prejudice, finds that the motion should be granted. The Court hereby approves the settlement reached by the Parties of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA") unpaid wage claims in this case and dismisses this matter with prejudice.

IT IS SO ORDERED, this the 26th day of February, 2020.

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

1